**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-1178**

_____

**METROPOLITAN GOVERNMENT OF NASHVILLE
AND DAVIDSON COUNTY, TENNESSEE,**

*Petitioner,*

v.

**FEDERAL AVIATION ADMINISTRATION AND BRYAN BEDFORD,
AS ADMINISTRATOR OF THE FAA, IN HIS OFFICIAL CAPACITY,**

*Respondents.*

_____

**<u>NOTICE OF RELATED CASE</u>**

Petitioner Metropolitan Government of Nashville and Davidson County, Tennessee hereby advises the Court of the existence of a related case docketed on June 23, 2026, Case No. 26-1166 (D.C. Cir.), filed by the Chattanooga Metropolitan Airport Authority and the City of Chattanooga, Tennessee, against the same Respondents in this case, and also involving the same or similar issues raised by the Petition in this case.

Respectfully submitted,

*/s/ M. Roy Goldberg*
M. Roy Goldberg, Esq.
D.C. Bar 416953

ClarkHill\M8368\498900\288558771.v1

D.C. Circuit Bar No. 39860
CLARK HILL PLC[1]
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC 20004
Telephone:  (202) 552-2388
Email: rgoldberg@clarkhill.com

COUNSEL FOR PETITIONER
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

Dated: July 5, 2026

---

[1]On July 13, 2026, the address of Clark Hill PLC's Washington, D.C. office will move to 601 13th Street, N.W., Suite 600 South, Washington, D.C. 20005.

ClarkHill\M8368\498900\288558771.v1

## CERTIFICATE OF SERVICE

Pursuant to Rule 15(c) of the Federal Rules of Appellate Procedure, I hereby certify that I have this 5th day of July, 2026, caused to be served copies of the foregoing Notice of Related Case on the following persons via the Court's CM/ECF system:

Steven Myers, Esq.
U.S. DEPARTMENT OF JUSTICE
Email: Steven.A.Myers@usdoj.gov

Josh Koppel, Esq.
U.S. DEPARTMENT OF JUSTICE
Email: Joshua.M.Koppel@usdoj.gov

Jessie DiGregory, Esq.
FEDERAL AVIATION ADMINISTRATION
800 Independence Avenue SW
Washington, D.C. 20591
Email: Jessie.DiGregory@faa.gov

Elizabeth Defay, Esq.
FEDERAL AVIATION ADMINISTRATION
800 Independence Avenue SW
Washington, D.C. 20591
Email: Jordan.E.Defay@faa.gov

/s/ M. Roy Goldberg
M. Roy Goldberg, Esq.
D.C. Bar 416953
D.C. Circuit Bar No. 39860
CLARK HILL PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC 20004

ClarkHill\M8368\498900\288558771.v1

Telephone:   (202) 552-2388
Email: rgoldberg@clarkhill.com

Counsel for Petitioner