# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-1178**

**September Term, 2025**

**FAA-05/19/2026 Takeover Act**

**Filed On:** July 27, 2026

Metropolitan Government of Nashville and
Davidson County, Tennessee,

       Petitioner

     v.

Federal Aviation Administration and Bryan
Bedford, as Administrator of the FAA, in his
official capacity,

       Respondents

------------------------------

State of Tennessee,
       Intervenor

**BEFORE:**    Pillard, Walker, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion for injunction or stay pending review, the oppositions thereto, and the replies, it is

**ORDERED** that the motion be denied. Petitioner has not satisfied the stringent requirements for an injunction or stay pending court review. See Nken v. Holder, 556 U.S. 418, 434 (2009); Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 20 (2008); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2025).

### Per Curiam

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

      BY:    /s/
             Selena R. Gancasz
             Deputy Clerk