# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1178**                    **September Term, 2025**

**FAA-05/19/2026 Takeover Act**

**Filed On: July 27, 2026** [2185267]

Metropolitan Government of Nashville and
Davidson County, Tennessee,

       Petitioner

    v.

Federal Aviation Administration and Bryan
Bedford, as Administrator of the FAA, in his
official capacity,

       Respondents

------------------------------

State of Tennessee,
       Intervenor

## O R D E R

The petition for review in this case was filed and docketed on July 1, 2026, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | August 26, 2026 |
| Procedural Motions, if any | August 26, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | August 26, 2026 |
| Statement of Issues to be Raised | August 26, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | August 26, 2026 |
| Dispositive Motions, if any | September 10, 2026 |

It is

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 26-1178**                              **September Term, 2025**

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

| | |
|---|---|
| Procedural Motions, if any | August 26, 2026 |
| Certified Index to the Record | September 10, 2026 |
| Dispositive Motions, if any | September 10, 2026 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Kendall M. Callow
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)