# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## DOCKETING STATEMENT

*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 26-1178 2. DATE DOCKETED: July 1, 2026

3. CASE NAME (lead parties only) Gov't of Nashville and Davidso v. ederal Aviation Admin. and Bryan Bedfor

4. TYPE OF CASE: ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ◉ No
If YES, cite statute

6. CASE INFORMATION:

a. Identify agency whose order is to be reviewed: Federal Aviation Administration

b. Give agency docket or order number(s):

c. Give date(s) of order(s) The FAA refused to act by the requested deadline of June 30, 2026

d. Has a request for rehearing or reconsideration been filed at the agency? ○ Yes ◉ No
If so, when was it filled? By whom?
Has the agency acted? ○ Yes ◉ No If so, when?

e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
As a result of FAA inaction, Petitioner has lost its ability to govern the Nashville Airport

f. Are any other cases involving the same underlying agency order pending in this Court or any other?
○ Yes ◉ No If YES, identify case name(s), docket number(s), and court(s)

g. Are any other caess, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
◉ Yes ○ No If YES, give case name(s) and number(s) of these cases and identify court/agency:
In re Chattanooga Metro. Airport Authority, 26-1166 (D.C. Circuit)

h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ○ Yes ◉ No If YES, provide program name and participation dates.

Signature [signature] Date 8-24-26

Name of Party (Print)

Name of Counsel for Appellant/Petitioner (Print) [signature]

Address Clark Hill PLC 601 Thirteenth St NW Suite 600 South Washington, D.C. 20005

E-Mail rgoldberg@clarkhill.com Phone ( 202 ) 552-2388 Fax ( 202 ) 772-0919

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. An original and three copies of such letter should be submitted.

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 24th day of August, 2026, caused to be served a copy of the foregoing Docketing Statement upon counsel for Respondents and for the Intervenor by filing it with the Court's CM/ECF system, where they are all currently registered.

*/s/ M. Roy Goldberg*
M. Roy Goldberg, Esq.
D.C. Bar 416953
D.C. Circuit Bar No. 39860
CLARK HILL PLC
601 Thirteenth Street, N.W.
Suite 600 South
Washington, DC 20005